FILED 24 AUG '22 10:37 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

GERALD LEROY BARNES II

*(Enter full name of plaintiff)*

Plaintiff,

v.

JUDGE HEATHER KARABEIKA
ATTORNEY LINDA HAINES

*(Enter full name of ALL defendant(s))*

Defendant(s).

**3:22-cv-01257-AA**

Civil Case No. 21CR 22/154 KOR
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: GERALD LEROY BARNES II
Street Address: 2600 CENTER ST NE
City, State & Zip Code: SALEM OR 97301-2669
Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**   Name: JUDGE HEATHER KARABEIKA
Street Address: CLACKAMAS County Courthouse
City, State & Zip Code: 807 MAIN STREET Oregon City OR. 97045
Telephone No.: 971-396 0536

**Defendant No. 2**   Name: ATTORNEY LINDA HAINES
Street Address: Po Box 35 Gladstone OR, 97027
City, State & Zip Code: 712 MAIN St. OREGON CITY OR.
Telephone No.: 503 656-0841

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

My civil and constitutional Right to a speedy trial. And the Right to defend my self, the Right to own and possess firearms, a assigned defense attorney, who had no intention on defending me.

## III. STATEMENT OF CLAIMS

### Claim I

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Judge Heather Karabeika ordered me to the mental Hospital for a 370, trying to keep me from going to trial and defending myself, cause they know they will lose. I fought a federal gun case in 2012, basiclly defended my self and won. So there is no reason for me to be in here, for Aid and Assist, when I clearly know this process. She is trying with the help of the Hospital to falsely diagnose me with Bipolar and related disorder, in order to take my Gun Rights, and keep me from defending my life from those racist cops who tryed to kill me May 8th 2021.

### Claim II

State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

Linda Haines was appointed to represent me in my case. She was a part of sending me to the state hospital.

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_____
_____
_____

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

They've stolen money from me, I've lost all my possessions, I lost my job. They stole my Gold Chain, And Ear Rings i got Arrested in. And i've lost confidence in the justice system, seems like its designed not for the poor, or people of color.

_____
_____
_____
_____

#### Claim II

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    3
[Rev. 01/2018]

She has not been forthcoming in here representation and she has withheld information that is necessary for the preparing of my case for trial. She has inadvertently mispresented her intentions regarding speedy trial wavers I had made it very clear that I do not wish to waive my right to a speedy trial, I believe that my case has been riddled with stall tactics. Instead of getting me out to fight this trial, she did everything she could to keep me in jail. Cause me to lose everything.

### Claim III

*State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

___

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes          ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I AM SEEKING TWENTY MILLION IN MONETARY damages from Judge HEATHER KARABEIKA, And TEN MILLION IN MONETARY damages from Linda HAINES

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18__ day of __AUG__, 20__22__.

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)
[Rev. 01/2018]

5